MELINDA HAAG (CASBN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

AUTUMN R. PORTER (CASBN 240750)
Special Assistant United States Attorney

    Defense Language Institute – Criminal Law
    1336 Plummer Street, Building 275
    Monterey, CA 93944
    Telephone: (831) 242-6394
    Email: autumn.veatch@us.army.mil

Attorneys for Plaintiff

**FILED**

MAR 2 0 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR-11-00633-HRL |
| Plaintiff, | ) MOTION TO DISMISS |
| vs. | ) |
| JORGE NOLASCO HERNANDEZ, | ) |
| Defendant. | ) |

1. The United States moves that Count One of the Information filed on September 2, 2011, against the above named defendant, be dismissed.

2. The United States makes this motion in the interests of Justice.

MELINDA HAAG
United States Attorney

/S/
AUTUMN R. PORTER
Special Assistant United States Attorney

## ORDER

Based on the government's motion and good cause appearing, IT IS HEREBY ORDERED that the above entitled matter is dismissed without prejudice.

Dated: __3/20/__ 2012

_____
HOWARD R. LLOYD
United States Magistrate Judge